# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IVANTI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STAYLINKED CORPORATION,<br><br>Defendant. | **DISMISSAL WITH PREJUDICE AND ORDER CLOSING CASE**<br><br>Case No. 2:19-cv-00075<br><br>Chief District Judge Robert Shelby<br><br>Magistrate Judge Jared C. Bennett |

The court, in recognition of the parties' Stipulation of Voluntary Dismissal with Prejudice,[1] hereby ORDERS that this action, all claims, counterclaims, and defenses that were asserted or could have been asserted by the parties in this action, are dismissed with prejudice and on the merits, with each party to bear its own attorney fees, expenses, and costs.

The Clerk of Court is directed to close this case.

DATED this 15th day of April, 2022.

BY THE COURT:

_____
Honorable Robert J. Shelby
U.S. District Judge

APPROVED AS TO FORM:

MANNING CURTIS BRADSHAW & BEDNAR PLLC

 /s/ Christopher F. Bond (signed with permission)
Christopher F. Bond
*Attorneys for Plaintiff*

---

[1] Dkt. 285.